UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL VIENNEAU, et al.,

        Plaintiffs,

      v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC,

        Defendant.

Case No.  25-cv-08755-HSG

**SCHEDULING ORDER**

A case management conference was held on January 27, 2026.  Having considered the parties' proposals, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 23, 2026 |
| Close of Fact Discovery | June 19, 2026 |
| Exchange of Opening Expert Reports | July 6, 2026 |
| Exchange of Rebuttal Expert Reports | July 20, 2026 |
| Close of Expert Discovery | August 3, 2026 |
| Dispositive Motion Hearing Deadline | September 17, 2026, at 2:00 p.m. |
| Pretrial Conference | December 15, 2026, at 3:00 p.m. |
| Jury Trial (3 days) | January 11, 2027, at 8:30 a.m. |

Both parties also expressed amenability to private mediation within 90 days of today's date.  Accordingly, the parties are ordered to submit by February 3, 2026 a stipulation and proposed order selecting mediation using the form available on the Court's "ADR Forms" webpage.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    1/28/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge