Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PAUL VIENNEAU, et al.,

                    Plaintiff(s)

v.

JAGUAR LAND ROVER
NORTH AMERICA, LLC,

                    Defendant(s)

CASE No C  25-cv-08755-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)

   Private mediation; provider TBD.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: February 3, 2026

Date: February 3, 2026

/s/ Andres Quiroga Roldan
_____
Attorney for Plaintiff
/s/ James P. Mayo
_____
Attorney for Defendant

☐  **X  IT IS SO ORDERED.**
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  2/3/2026

*Haywood S. Gill, Jr.*
_____
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

Print Form